DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMIE MAAS,**
Appellant,

v.

**JUNE SOPHIA GAITA,**
Appellee.

No. 4D20-518

[November 19, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Renatha Francis, Judge; L.T. Case No. 50-2020-DR-000086-XXXX-MB.

Jamie Maas, Delray Beach, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***